IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**ELLIPTICAL MOBILE SOLUTIONS, LLC,**<br><br>Debtor. | In Chapter 11 Proceedings<br><br>Case No. **2:15-bk-02418-EPB**<br><br>**ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL** |

HAUF LAW, PLC having filed its Motion to Withdraw as Counsel for Debtor (the "Motion") and good cause appearing,

**IT IS HEREBY ORDERED** that HAUF LAW, PLC is hereby authorized to withdraw as the attorney of record for the Debtor in this case.

**IT IS HEREBY ORDERED** that HAUF LAW, PLC shall promptly provide a copy of this Order to all creditors and parties of interest.

The contact information for the Debtor and the Trustee who are the persons to whom subsequent pleadings shall be sent are:

| | |
|---|---|
| Joe Robbins<br>15726 E. Thistle Dr.<br>Fountain Hills, AZ 85268 | David Tiffany, Trustee<br>c/o Schian Walker, PLC<br>1850 N. Central Ave., Ste 900<br>Phoenix, AZ 85004 |

Dated this ___ day of _____, 2015.